IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAVANCE ROSS PAYNE,** | Case No. 2:20-cv-00553 KJN (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **BASER, et al.,** | |
| Defendants. | |

Good cause appearing, the Court GRANTS Defendants' motion to stay merits-based discovery and to vacate the discovery and dispositive motion deadlines in the Discovery and Scheduling Order pending resolution of Defendants' motion for summary judgment on the issue of exhaustion. (ECF No. 38.) The Court will reopen discovery and reset these deadlines, if necessary, if summary judgment is denied.

Dated: December 28, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Pay553.vac