UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVANCE ROSS PAYNE,<br><br>    Plaintiff,<br><br>    v.<br><br>BASER, et al.,<br><br>    Defendant. | No. 2:20-cv-00553-TLN-KJN<br><br>**ORDER** |

This matter is before the Court on Plaintiff Javance Ross Payne's ("Plaintiff") December 14, 2020 briefing titled, "Plaintiff's Notice Opposing This Court's Order Denying Ex Parte Request for Appointment of Counsel and Appeal Thereof." (ECF No. 37.) The Court construes Plaintiff's December 14, 2020 briefing as a request for reconsideration of the magistrate judge's December 1, 2020 Order denying Plaintiff's motion for appointment of counsel and related request for a rehearing. (ECF No. 35.)

Pursuant to Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law," the standard set forth in 28 U.S.C. § 636(b)(1)(A). E.D. Cal. L.R. 303(f). Upon review of the entire file, the Court finds that it does not appear the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

1

Therefore, IT IS HEREBY ORDERED that upon reconsideration, the Order of the magistrate judge filed December 1, 2020 is AFFIRMED.

IT IS SO ORDERED.

DATED: January 14, 2021

                                        Troy L. Nunley
                                        United States District Judge